Nos. 24-2643 & 24-2644 (cons.)

**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| BENJAMIN SCHOENTHAL, et al., | ) Appeal from the United States |
| | ) District Court, Northern |
| Plaintiffs-Appellees, | ) District of Illinois, Western |
| | ) Division |
| v. | ) |
| | ) No. 3:22-cv-50326 |
| KWAME RAOUL, et al., | ) |
| | ) The Honorable, |
| Defendants-Appellants. | )  Iain D. Johnston, |
| | ) Judge Presiding. |

**APPEARANCE**

I hereby enter my appearance as **counsel of record** for defendant-appellant Kimberly M. Foxx in the above-entitled case.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook
 County

By: s/ Jonathon D. Byrer
Jonathon D. Byrer
Supervisor, Civil Appeals & Special Projects
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4366
jonathon.byrer@cookcountysao.org

## CERTIFICATE OF SERVICE

The foregoing APPEARANCE has been electronically filed on November 14, 2024. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on November 14, 2024.

s/ Jonathon D. Byrer
Jonathon D. Byrer