Nos. 24-2643 & 24-2644 (cons.)

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, et al., | ) Appeal from the United States |
| | ) District Court, Northern |
| Plaintiffs-Appellees, | ) District of Illinois, Western |
| | ) Division |
| v. | ) |
| | ) No. 3:22-cv-50326 |
| KWAME RAOUL, et al., | ) |
| | ) The Honorable, |
| Defendants-Appellants. | )  Iain D. Johnston, |
| | ) Judge Presiding. |

## NOTICE OF CHANGE IN PUBLIC OFFICE

Pursuant to Circuit Rule 43, notice is hereby given to this court that Kimberly M. Foxx, who was sued in her official capacity as State's Attorney of Cook County, no longer holds the office of State's Attorney of Cook County. That office is now held by Eileen O'Neill Burke.

        Respectfully submitted,

        EILEEN O'NEILL BURKE
        State's Attorney of Cook County

By: s/ Jonathon D. Byrer
    Jonathon D. Byrer
    Supervisor, Civil Appeals & Special Projects
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-4366
    jonathon.byrer@cookcountysao.org

## CERTIFICATE OF SERVICE

      The foregoing Notice of Change in Public Office has been electronically filed on December 2, 2024. I certify that I have caused the foregoing Notice of Change in Public Office to be served on all counsel of record via CM/ECF electronic notice on December 2, 2024.

                                            <u>s/ Jonathon D. Byrer</u>
                                            Jonathon D. Byrer