**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| BENJAMIN SCHOENTHAL, et al., | ) Appeal from the United States |
| | ) District Court, Northern |
| Plaintiffs-Appellees, | ) District of Illinois, Western |
| | ) Division |
| v. | ) |
| | ) No. 3:22-cv-50326 |
| KWAME RAOUL, et al., | ) |
| | ) The Honorable, |
| Defendants-Appellants. | ) Iain D. Johnston, |
| | ) Judge Presiding. |

**MOTION FOR EXTENSION OF TIME**

Defendant-appellant Eileen O'Neill Burke hereby moves to extend the time in which to file all appellants' opening briefs in this matter from December 16, 2024, to January 15, 2025. A declaration in support of this motion is attached.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By:   s/ Jonathon D. Byrer
Jonathon D. Byrer
Supervisor, Civil Appeals & Special Projects
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4366
jonathon.byrer@cookcountysao.org

# DECLARATION

I, JONATHON D. BYRER, state that I am Supervisor of Civil Appeals and Special Projects at the Cook County State's Attorney's Office and have knowledge of the following:

1. I am counsel of record for the State's Attorney in this matter, and the attorney primarily responsible for preparing the State's Attorney's opening brief. The separate opening briefs of the State's Attorney and the State of Illinois defendants are currently due on December 16, 2024. This is our second request for an extension of time in which to file our briefs.

2. Although I have worked diligently to prepare the State's Attorney's opening brief in this matter, I will need additional time to prepare that brief because I have been otherwise occupied supervising and attending oral argument in *Viramontes v. Cook County*, No. 24-1437 (7th Cir.), held on November 12, 2024; and reviewing the County's response briefs in *In re Application of County Treasurer*, No. 23-2483 (Ill. App.); *Nelson v. Cook County*, No. 24-2123 (7th Cir.), currently due on December 18, 2024; and *Ziccarelli v. Dart*, No. 24-2377 (7th Cir.), currently due on December 19, 2024. In addition, I have been otherwise occupied drafting and reviewing the County's reply in support of its motion for a stay pending certiorari in *Scott v. Dart*, No. 17 C 7135 (N.D. Ill.), filed on November 26, 2024. Finally, I was out of the office from November 27, 2024, until December 2, 2024, traveling out of state to spend the Thanksgiving holiday with my family.

3. Even were I able to complete a draft of the State's Attorney's opening brief by its current due date, this case involves a significant legal issue – the constitutionality of a restriction on firearms on public transit systems – and our brief will need to be reviewed by the Chief of the Civil Actions Bureau of the State's Attorney's Office before filing. Given the importance of the issue presented here, it is also possible that the State's Attorney's executive staff will review our brief before filing, which would require additional time. It will not be possible to complete that review process by the current due date for the opening briefs in this matter.

4. For this reason, we respectfully request an extension of time, to January 15, 2025, to file all opening briefs in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed December 9, 2024.

s/ Jonathon D. Byrer
JONATHON D. BYRER, Attorney

## CERTIFICATE OF SERVICE

The foregoing motion for extension of time has been electronically filed on December 9, 2024. I certify that I have caused the foregoing motion for extension of time to be served on all counsel of record via CM/ECF electronic notice on December 9, 2024.

s/ Jonathon D. Byrer
Jonathon D. Byrer