# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

January 24, 2025
*By the Court*:

| | |
|---|---|
| Nos. 24-2644 & 242643 | BENJAMIN SCHOENTHAL, et al.,<br>    Plaintiffs - Appellees<br><br>v.<br><br>EILEEN O'NEILL BURKE, et al.,<br>    Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:22-cv-50326<br>Northern District of Illinois, Western Division<br>District Judge Iain D. Johnston | |

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE BY CHICAGO TRANSPORTATION AUTHORITY**, filed on January 22, 2025, by counsel for the amicus party,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered copy of the amicus curiae brief.