**OFFICE OF THE STATE'S ATTORNEY**

COOK COUNTY, ILLINOIS

March 17, 2025

Christopher Conway
Office of the Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

VIA E-FILING

*Re:  Schoenthal v. Raoul,*  Nos. 24-2643 & 24-2644 (cons.)

Dear Mr. Conway:

I am lead counsel for appellant Eileen O'Neill Burke in this matter and will be presenting oral argument on her behalf.  I write to request that argument not be scheduled on the following dates:

- April 10, 2025, due to my supervision of oral argument in another matter;
- April 14-17, 2025, due to the unavailability of my colleagues to assist with oral argument;
- May 29-30, 2025, due to preplanned vacation travel.

Thank you for your consideration of this request.

Sincerely,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By:   */s/ Jonathon D. Byrer*
Jonathon D. Byrer
Supervisor, Civil Appeals & Special Projects
Jonathon.byrer@cookcountysao.org
(312)603-4366

## CERTIFICATE OF SERVICE

      The foregoing argument availability notice has been electronically filed on March 18, 2025. I certify that I have caused the foregoing notice to be served on all counsel of record via CM/ECF electronic notice on March 18, 2025.

                                                */s/ Jonathon D. Byrer*
                                                  Jonathon D. Byrer