Nos. 24-2643 & 24-2644 (cons.)

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| BENJAMIN SCHOENTHAL, et al., | ) Appeal from the United States |
| | ) District Court, Northern |
| Plaintiffs-Appellees, | ) District of Illinois, Western |
| | ) Division |
| v. | ) |
| | ) No. 3:22-cv-50326 |
| KWAME RAOUL, et al., | ) |
| | ) The Honorable, |
| Defendants-Appellants. | ) Iain D. Johnston, |
| | ) Judge Presiding. |

## BILL OF COSTS OF DEFENDANT-APPELLANT EILEEN O'NEILL BURKE

Defendant-Appellant Eileen O'Neill Burke hereby submits her Bill of Costs pursuant to Rule 39(d) of the Federal Rules of Appellate Procedure and this court's order of September 2, 2025, which awarded costs to Defendants-Appellants:

1. Cost of copying Opening Brief and Appendix of Defendant-Appellant Eileen O'Neill Burke:

   10 copies of 117 pages at $0.10 per page:        $117.00

2. Cost of copying Reply Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies of 34 pages at $0.10 per page:        $34.00

3. Cost of copying Supplemental Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies of 32 pages at $0.10 per page:        $32.00

4. Cost of binding Opening Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies at $2.00 each:        $20.00

5. Cost of binding Reply Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies at $2.00 each:                        $20.00

6. Cost of binding Supplemental Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies at $2.00 each:                        $20.00

7. Cost of cover of Opening Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies at $2.00 each:                        $20.00

8. Cost of cover of Reply Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies at $2.00 each:                        $20.00

9. Cost of cover of Supplemental Brief of Defendant-Appellant Eileen O'Neill Burke:

   10 copies at $2.00 each:                        $20.00

10. Docketing fee for appeal:

                                                                 $600.00

The total cost to Defendant-Appellant Eileen O'Neill Burke was $903.00. The brief was copied and bound in-house at the Daley Center.

WHEREFORE, Defendant-Appellant Eileen O'Neill Burke respectfully requests that her costs in the amount of $903.00 be allowed.

                                           Respectfully submitted,

                                           EILEEN O'NEILL BURKE
                                           State's Attorney of Cook County

By:    s/ Jonathon D. Byrer
           Jonathon D. Byrer
           Supervisor, Civil Appeals & Special Projects
           500 Richard J. Daley Center
           Chicago, IL 60602
           (312) 603-4366
           jonathon.byrer@cookcountysao.org

# DECLARATION

     I, JONATHON D. BYRER, state that I am one of the Assistant State's Attorneys in the Civil Actions Bureau of the Cook County State's Attorney's Office who represented Defendant-Appellant Eileen O'Neill Burke in this case, that I prepared the foregoing Bill of Costs, and that the costs listed therein were incurred. I further state that the rates for costs of binding, copying, and covers used in this Bill of Costs are the rates that the Office of the Clerk of the United States Court of Appeals for the Seventh Circuit has stated are standard rates. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed September 4, 2025.

                                                  s/ Jonathon D. Byrer
                                                  JONATHON D. BYRER, Attorney

**CERTIFICATE OF SERVICE**

      The foregoing bill of costs has been electronically filed on September 4, 2025. I certify that I have caused the foregoing bill of costs to be served on all counsel of record via CM/ECF electronic notice on September 4, 2025.

                                                  s/ Jonathon D. Byrer
                                                  Jonathon D. Byrer